HALL v. NASHVILLE, C. & ST. L. RY. (Circuit Court of Appeals, Fifth Circuit. March 27, 1916.) No. 2849. In Error to the District Court of the United States for the Northern District of Alabama; William I. Grubb, Judge. S. S. Pleasants and R. E. Smith, both of Huntsville, Ala., and James D. Richardson, Jr., of Murfreesboro, Tenn., for plaintiff in error. Paul Speake, of Huntsville, Ala., and W. B. Lamb, of Fayetteville, Tenn., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. On full consideration of the record and arguments, we find no reversible error in the proceedings in this case. The judgment is affirmed.

---

HEREFORD v. HOUCHINS. (Circuit Court of Appeals, Fifth Circuit. March 27, 1916.) No. 2735. In Error to the District Court of the United States for the Northern District of Alabama; William I. Grubb, Judge. S. S. Pleasants and Douglass Taylor, both of Huntsville, Ala., for plaintiff in error. Paul Speake and R. E. Smith, both of Huntsville, Ala., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. We find no reversible error assigned or patent of record. The judgment of the District Court is affirmed.

---

LAMAR v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 11, 1916.) No. 59. In Error to the District Court of the United States for the Southern District of New York. David Lamar was convicted of an offense, and he brought a writ of error, which was heretofore dismissed. On motion. Motion denied. See, also, 227 Fed. 1019, —— C. C. A. ——. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. The defendant deliberately and with full knowledge elected to proceed in the Supreme Court, which court dismissed his writ. His writ from this court was on October 15, 1915, dismissed. It is too late now to grant the relief asked for. The motion is denied.

---

MAYOR AND CITY COUNCIL OF BALTIMORE v. THACHER. (Circuit Court of Appeals, Fourth Circuit. February 2, 1916.) No. 1378. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. Suit by Edwin Thacher against the Mayor and City Council of Baltimore. From a decree for complainant (219 Fed. 909), defendant appeals. Affirmed. Richard S. Culbreth, of Baltimore, Md. (S. S. Field and Alexander Preston, both of Baltimore, Md., on the brief), for appellant. George M. Brady, of Baltimore, Md., and Frank H. Drury, of Chicago, Ill. (Maloy & Brady, of Baltimore, Md., and Jones, Addington, Ames & Seibold, of Chicago, Ill., on the brief), for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. The decree of the District Court is affirmed, on the reasoning in the opinion of that court. Affirmed.